UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **SAMUEL WILLIAMSON** | : | **DOCKET NO. 5:22-CV-04509** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **SHELTER MUTUAL INSURANCE CO. ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that plaintiff's voluntary motion to dismiss [doc. 22] be granted. Although the Report and Recommendation only recommends that the plaintiff's claims against defendant Shelter General Insurance Co. be dismissed, the court's review of the record reveals that the Motion to Dismiss, which Mr. Williamson filed on his own behalf, lists Shelter Mutual Insurance Company, et al. as the defendants which Mr. Williamson sought to dismiss his claims against. A status conference was held on May 15, 2023, wherein plaintiff was present and plaintiff never filed or otherwise voiced opposition to the motion. It will therefore be granted as unopposed. Accordingly,

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 23], and those mentioned above, and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law, it is

**IT IS ORDERED, ADJUDGED, AND DECREED** that Samuel Williamson's voluntary motion to dismiss without prejudice [doc. 22] is **GRANTED** as to all defendants and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 24th day of July, 2023.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**